### Case No. 8,554.

#### LOVERING v. HEARD.

[1 Cranch, C. C. 349.][1]

Circuit Court, District of Columbia. Oct., 1806.

COSTS—COUNTIES OF DISTRICT OF COLUMBIA.

A resident of Alexandria, suing in Washington, must give security for costs.

Lovering lives in Alexandria. Motion for a rule on the plaintiff to give security for costs. Granted, after consideration of the laws of Maryland on that subject. Alexandria county is to this county as a separate state, governed by different laws, although

[1] [Reported by Hon. William Cranch, Chief Judge.]

under one jurisdiction. Execution will not run from one county into the other. The marshal cannot distrain in Alexandria, for fees due to the officers in Washington county. The modes of collecting fees are different. Rule granted.